TODD BLANCHE
Acting United States Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
JOSEPH S. SCISCENTO
Assistant United States Attorney
Nevada Bar. No. 4380
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
joseph.sciscento@usdoj.gov
*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>JENNIFER ANNE SOLORIO,<br><br>              Defendant. | Case No. 2:25-mj-00550-DJA<br><br>**MOTION TO CONTINUE STATUS CONFERENCE**<br>(First Request) |

**COMES NOW** Todd Blanche, Deputy Attorney General of the United States, and Joseph S. Sciscento, Assistant United States Attorney, counsel for the United States of America, and moves that  that the status conference currently scheduled for June 5, 2026, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Motion is requested for the following reasons:

1.      Ms. Solorio needs additional time to complete the special conditions of her unsupervised probation.

2.      The defendant is not incarcerated.

3.      That Counsel for the defendant Jennifer Anne Solorio is currently out of the jurisdiction.

4.      That the fine has been paid, but the remaining requirements are still outstanding.

5.      That defendant Jennifer Anne Solorio has stayed out of trouble.

This is the first request to continue filed herein.


DATED this 4 day of June 2026.


TODD BLANCHE
Acting U.S. Attorney General


By */s/ Joseph S. Sciscento*
JOSEPH S. SCISCENTO
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00550-DJA |
| Plaintiff, | ORDER |
| v. | |
| JENNIFER ANNE SOLORIO, | |
| Defendant. | |

**IT IS THEREFORE ORDERED** that the status conference currently scheduled for June 5, 2026, at 11:30 a.m., be vacated and continued to July 10, 2026.

DATED this 4th day of June 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3