TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar Number 8264
JOSEPH SCISCENTO
Assistant Unites States Attorney
Nevada Bar No. 4380
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Joseph.Sciscento@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                        )<br>                        Plaintiff,              )<br>                                                        )<br>v.                                                      )<br>                                                        )<br>JENNIFER ANNE SOLORIO,            )<br>                                                        )<br>                        Defendant.             )<br>                                                        )<br>_____ ) | Case No.:     2:25-mj-0550-DJA<br><br>**STIPULATION TO CLOSE CASE** |

IT IS STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Joseph Sciscento, Assistant United States Attorney, counsel for the United States of America, and Michael Sanft, Esquire, counsel for the defendant Jennifer Anne Solorio, that the above-captioned matter be closed.

This Stipulation is entered into based upon the following:

1.      On or about December 10, 2025, defendant entered into a Petty Offense Agreement with the United States in which he agreed to plead guilty to Count One of the Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol, in violation of 36 C.F.R. § 4.23(a)(1) *See* ECF No. 7.

2.      The parties agreed to recommend that defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500.00 fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's (1) DUI course and (2) Victim Impact Panel; (iii) shall complete an eight (8) hour online alcohol awareness course; (iv) not return to Lake Mead National Recreation Area for a period of six (6) months; and (v) not violate any local, state, or federal laws for a period of six (6) months.

3.      On December 10, 2025, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 7.

4.      Since commencing her term of unsupervised probation, defendant has successfully completed conditions (i), (ii), (iii), (iv) and (v).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

5.   As such, the parties jointly request that the defendant be allowed to withdraw her guilty plea to count one and the government moves to amend count one to Reckless Driving.  The parties also jointly request that the above-captioned matter be closed.

DATED this 7th day of July, 2026.

Respectfully submitted,

TODD BLANCHE
Actin Attorney General of the
United States

_/s/    Michael Sanft_____                    _/s/ Joseph Sciscento_____
MICHAEL SANFT, ESQ.                         JOSESPH SCISCENTO
Attorney for Defendant                          Assistant United States Attorney
**JENNIFER ANNE SOLORIO**

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,      )
                               )
    Plaintiff,                 )
                               )      Case No.:      2:25-mj-0550-DJA
vs.                            )
                               )      **ORDER TO CLOSE THE CASE**
JENNIFER ANNE SOLORIO,         )
                               )
    Defendant.                 )
                               )
_____      )

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      Defendant Jennifer Anne Solorio has successfully completed the conditions of her sentencing.

**ORDER**

IT IS HEREBY ORDERED that the defendant is allowed to withdraw her guilty plea to count one and that count one be amended to Reckless Driving.

IT IS HEREBY ORDERED that the parties move the Court in the above-captioned matter case be closed, as all requirements have been completed.

DATED this 9th day of July, 2026

_____
UNITED STATES MAGISTRATE JUDGE

4